# Exhibit A

# David C. Franchino
4010 Chippewa Drive
Madison, Wisconsin 53716

## Work Experience

**President**   2006-Present
**Managing Director**   2000-2006
Design Concepts, Inc., Madison, WI
- President and principal of a 50-person product design consultancy.
- Responsible for all phases of corporate leadership including operations, finance, legal, strategic planning and marketing.
- Project management and key project leadership for strategic clients

**Principal – Board Member**   2006-Present
Sologear, Inc., Madison, WI
- One of four founders of a consumer product company that brought a unique, proprietary process for the solidification of ethanol to market.
- Responsible for product design and development, manufacturing process design, strategic planning and fundraising.

**Lecturer**   2000-2003
University of Wisconsin–Madison, Department of Mechanical Engineering, Madison, WI
- Taught senior mechanical engineering capstone design class.
- Taught product design processes, mechanical design methodologies, project planning and project management.

**Vice President of Mechanical Engineering**   1996-2000
Design Concepts, Inc., Madison, WI
- Lead a 20+-person department in a consulting firm which provides assistance to companies in the design and development of new products.
- Recruited to Design Concepts, Inc. following the resignation of key personnel who left to start a competitive firm.
- Stabilized and guided the department through 400% growth with improved profitability and reduced turnover.
- Served as a project manager on numerous key projects across a broad range of industries including: medical products, consumer products, internal combustion engines, air conditioners, high-speed transfer switch actuators, food processing pumps.

**Program Manager / Manager of Advanced Vehicle Engineering**   April 1994 – March 1996
Saturn Corporation, Troy, Michigan
- Coordinated and directed advanced product engineering activities during the early concept and design stages for a new vehicle project.
- Managed Saturn's advanced engineering/design team.
- Represented engineering on cross-functional product-execution team.

**Teaching Assistant**   September 1993 – April 1994
Stanford University, Palo Alto, California
- Administered a Mechanical Engineering class focusing on product design and manufacturing.

**Product Development Engineer**   1993
IDEO Product Development
- Worked as a project engineer with a product development consultancy. Participated in the mechanical and electrical design and development of several consumer products.

**Manufacturing Engineer**   1985 – 1992
Saturn Corporation, Spring Hill, Tennessee and Troy, Michigan

<u>Lead Engineer, Body Fabrication Business Team</u>   1992
- Managed a department of engineers and skilled trades technicians.
- Responsible for current model product quality and coordination of the manufacturing of new models.
- Developed and implemented organizational structure and strategic planning and goal setting, and initiated project monitoring programs.

<u>Manufacturing Engineer – Body Fabrication</u>   1989 – 1992
- Senior manufacturing engineer in a body-welding production department during new plant start-up. Supervised equipment installation and debug.
- Provided technical and problem-solving resources in the areas of product quality, maintenance and production.

<u>Process Engineer</u>   1985 – 1989
- Engineered a $20 million automated robotic assembly line for a new car line.
- Involved in all stages of the line's development from concept, design and fabrication to installation, debug and into production.

**Educational Summary**

Stanford University, Palo Alto, California   September 1992 – April 1993
Master of Science Degree, Mechanical Engineering–Manufacturing Systems Engineering
- Concentrations in:
    Integrated Design, Manufacturing and Marketing
    Design for assembly and manufacturing
    Microprocessor-based product design
- Graduated first in class.

University of Wisconsin, Madison, Wisconsin   1980-1985
Bachelors Degree in Mechanical Engineering
- Focus on manufacturing engineering
- Graduated with honors

**Awards, Honors and Activities**

- Association of Professional Design Firms (APDF) – Board Member, 2006-2008
- Maddie's Miracle (501c3) – Board Member, 2008 to present.
- Sologear Corporation – Board Member, 2006 to present
- Women's Commission Firewood and Fuel Conference – Invited Speaker, New Delhi, India 2008
- Design for Social Responsibility – Invited Participant, Bellagio, Italy 2008
- Wisconsin Governor's Trade Mission to China – Representative 2004
- UW Madison, Engineering Professional Development – Periodic Lecturer 1996–Present
- Project FocusHope, Detroit Michigan – Volunteer and periodic lecturer
- Winner of Firestone Innovator's design competition – 1993
- Fellowship to Stanford University 1992/1993 – Graduated first in class
- General Motor's Extraordinary Achievement Award 1991
- Member of PDMA (Product Development and Management Association)
- Member of DMI (Design Management Institute)
- Five Saturn Spontaneous Recognition Awards
- Pi Tau Sigma, Tau Beta Pi
- Johnson and Hotaling Scholarship
- UW Madison - graduated with honors.

**Related Project Experience**

**Design Concepts, Inc.**

| | |
|---|---|
| Strategic planning | Human Resources |
| Business development | Project Management |
| Legal, Financial | Mechanical Engineering |

    Selected projects and technologies

| | |
|---|---|
| Infusion Pump | Hospital Furniture |
| Laboratory Diagnostics | Business Furniture |
| Motorcycle Engine | Beverage cooler |
| Medium-duty utility tractor | Crash Attenuator |
| Generators/switch gear | Towel-dispensing equipment |
| Bone densitometry | Cup-sealing equipment |
| Hand tools | |

**GM Saturn Corporation**
- Sheet metal fabrication
- Plastic injection molding
- Automated assembly
- Manufacturing operations
- Inspection/Quality control
- Skilled trades management
- Operations management
- Facilities planning
- Special assembly automation processing

**IDEO Product Development**
- Electro-mechanical product design