# Exhibit C

Deposition / Trial Testimony of David Franchino four years prior to September 13, 2010

I have not previously provided any trial or deposition testimony work during this time period.