IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GRICE ENGINEERING, INC.,

        Plaintiff/Counterclaim-Defendant,

   v.

JG INNOVATIONS, INC. and
GORDON "JACK" GRICE,

        Defendants/Counterclaim-Plaintiffs,

and                                                                       ORDER

CINCINNATI INSURANCE COMPANY,                    09-cv-632-wmc

        Intervening Defendant,

and

INNOVATIONS ENGINEERING, INC.,

        Third Party Plaintiff,

   v.

MICHAEL LIDDELL and
PAUL JOHNSON,

        Third Party Defendants.

---

       Jeffrey A. McIntyre, Donald A. Daugherty and Whyte Hirschboeck Dudek S.C. have filed a motion for leave to withdraw as counsel for plaintiff/counterclaim-defendant Grice Engineering, Inc., and third-party defendants Michael Liddell and Paul Johnson in this matter, which is supported by a Declaration from Attorney McIntyre. (Dkt. #70.) While the motion appears well founded, and the declaration even suggests that Grice

Engineering and the third-party defendants have already retained new counsel to represent them, no request for substitution has been received. Moreover, as a legally-recognized business entity, Grice Engineering cannot defend itself in court without being represented by a lawyer. *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008).

Accordingly, the court will reserve a ruling on the motion for leave to withdraw until Grice Engineering, Liddell and Johnson have had an opportunity to advise the court whether they object to the withdrawal of counsel and on what grounds or, alternatively, that they do not object and have either engaged new counsel or are in the process of doing so. If Grice Engineering, Liddell and Johnson do not respond to this opportunity to be heard by November 11, 2010, an order will be entered granting the motion and directing Grice Engineering to indicate whether it intends to retain new counsel or to have its claims dismissed.

Entered this 5th day of November, 2010.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge