IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GRICE ENGINEERING, INC.,                                                                ORDER

        Plaintiff and Counterclaim-Defendant,            09-cv-632-wmc

    v.

JG INNOVATIONS, INC. and
GORDON "JACK" GRICE,

        Defendants, Counterclaimant and Third-Party Plaintiffs,
and

CINCINNATI INSURANCE COMPANY,

        Intervening Plaintiff,
and

INNOVATIONS ENGINEERING, INC.,

        Intervening Third-Party Plaintiff,

    v.

MICHAEL LIDDELL and
PAUL JOHNSON,

        Third-Party Defendants.

---

The parties have indicated to the court that they have settled a number of claims, but a dispute remains regarding a contractual duty to defend and the reimbursement of additional defense costs.  Accordingly,

    IT IS ORDERED that:

    1)  The following claims are dismissed with prejudice and without costs:

    a. Claims by plaintiff Grice Engineering, Inc. against defendants JG Innovations, Inc. and Gordon "Jack Grice; and

    b. Counterclaims by counterclaimants JG Innovations, Inc. and Gordon "Jack" Grice and third-party claims by intervening third-party plaintiff Innovations Engineering, Inc. against counterclaim-defendant Grice Engineering, Inc. and third-party defendants Michael Liddell and Paul Johnson.

2) The only remaining claims are the declaratory judgment action brought by intervening plaintiff Cincinnati Insurance Company against defendants in intervention Grice Engineering, Inc., JG Innovations, Inc. and Gordon "Jack" Grice, and the counterclaim of defendants in intervention JG Innovations, Inc. and Gordon "Jack" Grice against Cincinnati Insurance Company.  The parties are given thirty days to resolve the remaining dispute.  At that time, a status conference will be held to determine what if any issues remain.

3) Absent advance notification by the remaining parties of a complete and final settlement, a status conference will be held in person on May 13, 2011 at 8:30 a.m.

    Entered this 14th day of April, 2011.

                      BY THE COURT:

                      /s/

                      _____
                      WILLIAM M. CONLEY
                      District Judge