IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GRICE ENGINEERING, INC.,

        Plaintiff and Counterclaim-Defendant,

ORDER

09-cv-632-wmc

v.

JG INNOVATIONS, INC. and
GORDON "JACK" GRICE,

        Defendants, Counterclaimant and Third-Party Plaintiffs,

and

CINCINNATI INSURANCE COMPANY,

        Intervening Defendant,

and

INNOVATIONS ENGINEERING, INC.,

        Intervening Third-Party Plaintiff,

v.

MICHAEL LIDDELL and
PAUL JOHNSON,

        Third-Party Defendants.

---

The court having been advised by counsel that the remaining claims in the above-entitled action have been resolved, this case is hereby dismissed. Any party may move to reopen for good cause shown.

Entered this 14th day of June, 2011.

BY THE COURT:

_____
William M. Conley,
District Judge

1